# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>JASON ALLEN WOODRUFF<br>c/o Clint Campion<br>510 L Street, Ste 500<br>Anchorage, AK 99501<br>*Defendant* | Case No. 3:25-cr-00079-SLG-KFR |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or petitions based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of Court

| | |
|---|---|
| Place: Federal Building – U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom No.: 3 |
| | Date and Time: 1/8/26 at 1:30 PM |

This offense is briefly described as follows:
18:242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW – Count 2

Date: December 17, 2025

*s/Brenda Kappler*
*Issuing officer's signature*

Candice M. Duncan, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 12/19/2025

s/ Quinn Laidig
*Server's signature*

Quinn Laidig, Special Agent
*Printed name and title*

Case No.

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender:
SARAH

Last known residence:

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

**PROOF OF SERVICE**

This summons was received by me on *(date)*  12/18/2025 .

☑ I personally served the summons on this defendant  via legal counsel, Clint Campion  at
*(place)*  500 L Street, Ste 500, Anchorage, AK 99501  on *(date)*  12/19/2025 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,
who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned:  12/19/2025

s/ Quinn Laidig
*Server's signature*

Quinn Laidig, Special Agent
*Printed name and title*

Remarks: